UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF:<br><br>Sharon Louise Bronson<br><br><br>DEBTOR(S) | Case No.: 24-10022<br>Chapter 13 |
| Cenlar FSB as servicer for CitiMortgage, Inc.<br><br><br>MOVANT<br>vs.<br>Sharon Louise Bronson<br><br><br><br>RESPONDENT(S) | |

## NOTICE OF SECURED CREDITOR'S RIGHT TO COMMENCE FORECLOSURE

NOW COMES MOVANT by the undersigned counsel and files herein this NOTICE OF TERMINATION OF AUTOMATIC STAY.

Pursuant to the terms and conditions of the Consent Order, the Debtor(s) have/has no right to cure said default.

Under the provisions of the Consent Order, the stay of Section 362(a) is terminated as of March 13, 2025.

Signed and mailed this 13th day of March, 2025.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS, MARYLAND, 21090

410-296-2550

File #: 455627

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on this 13th day of March, 2025, a copy of the within Notice of Secured Creditor's Right to Commence Foreclosure was mailed, postage prepaid, and/or electronic filing notification, to:

Sharon Louise Bronson
2 Lindsey Court
Essex, MD 21221

| | |
|---|---|
| and respondent(s)' counsel:<br>Edward C. Christman, Jr., Esquire<br>809 Gleneagles Court Suite 310<br>Towson, MD 21286 | Brian A. Tucci, Trustee<br>P.O. Box 1110<br>Millersville, MD 21108 |

          /s/ Richard J. Rogers
          Richard J. Rogers, Esquire
          Cohn, Goldberg & Deutsch, LLC
          1099 Winterson Road, Suite 301
          Linthicum Heights, MD  21090
          410-296-2550
          Fax: 410-296-2558
          Email: bankruptcyecf@cgd-law.com
          Federal Bar #: 01980 (MD)
          Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS,
MARYLAND, 21090

410-296-2550

File #: 455627